TRIAL COURT NO. 1239125

CAUSE NO. 14-14-00016-CR

GERARD LEASSEAR,        *        IN the Court of
Petitioner,              *        CRIMINAL APPEALS
                         *
Vs.                      *        Austin, Texas.
                         *
The State of TEXAS       *

FILED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

Motion for Extension of time of 90-days To
File Petition for Post Discretionary Review

To: The Honorable Justices of said Court:

Comes now, Gerard Leassear, Petitioner, PRO SE, In the Above Style and Numbered Cause, and files his Motion for A Extension of Time for '90-days' to Prepare, And Present his "Post Discretionary Review" Motion to the Court of Criminal Appeals.
The Petitioner will show the Honorable Court Just Cause, Why the Court should Grant his Motion, And Give him '90-days' Extension of Time to Prepare his "Post Discretionary Review" Appeal?

## Procedural History of the Case

The Petitioner "Leassear" was Convicted in the 183rd District Court of Harris County, Texas, on: November 15, 2013 of the offense of: Capital Murder. The Defendant "Leassear" filed a timely Notice of Appeal in the "Fourteenth Court of Appeals" At Houston, Texas. The Court of Appeals Affirmed his Conviction on: April 23, 2013.

## ONE

### Discretionary Review with Petition

Tex. R. App. P. Rule 68.2(C) Extension of Time. The Court of Criminal Appeals May Extend the time to file a Petition for "Discretionary Review" If a Party files a Motion Complying with Rule 10.5(b).

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

## TWO

The deadline for the Petitioner to file his Motion for "Post Discretionary Review" is: MAY 8, 2015.

## THREE

The length of the Extension of time sought is '90-days' for Petitioner "LEASSEAR" to Research and Prepare a Effective Petition for "Post Discretionary Review".

## FOUR

*10.5(c) The fact that the Petitioner Relied upon is that his Attorney on Record "Kelly Ann Smith" (Attorney At Law). However, She (Smith) will no longer be Representing the Petitioner in further Proceedings. He now will be without a Attorney to Prepare his legal litigations.

The Petitioner is Ignorant of the Law, and lacks the Proper Skills At Present to Prepare his Petition, And he would not be Able to Prepare his "Petition for Discretionary Review" before the '15-day' of the Court of Appeals decision, the final date to file his Petition for "Post Discretionary Review" is: MAY 8, 2015.

## FIVE

* 10.5(a) The Petitioner "LEASSEAR" has not filed any Previous Extensions, for extension of time to this Cause Number.

## PRAYER

The Petitioner "GERARD LEASSEAR" Prays that the Honorable Court of Criminal Appeals will Grant his Motion for a Extension of time of '90-days' to Prepare his "Post Discretionary Review" Motion.

MAY 1st 2015

RESPECTFULLY Submitted

GERARD LEASSEAR #1592829
FERGUSON UNIT
12120 SAVAGE DR.
MIDWAY, TEXAS 75852

INMATE DECLARATION

I, "Gerald Leassear", Id. No.# 1592829, being presently incarcerated in the Tex. Dept. of Crim. Justice Div., at the Ferguson Unit declare under the penalty of perjury that the foregoing information is true and correct.

MAY 1st 2015

_____
GERARD LEASSEAR

CERTIFICATE OF SERVICE

I, "Gerard Leassear", here by certify that a true and correct copy of the foregoing information has been forwarded to the District Attorneys' Office of Harris County, Texas, by the U.S. Mail Service.

MAY 1st 2015

_____
GERARD LEASSEAR

(4)